Submitted May 7, affirmed June 3, 2015

JOHN BARBERA,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Lane County Circuit Court
161212011; A153412

350 P3d 611

Jonah Morningstar and Morningstar Legal Arts filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Lysne, Senior Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Lagesen, Judge, and Flynn, Judge.

PER CURIAM

Affirmed. *Barbera v. State of Oregon (A153411)*, 271 Or App 525, 351 P3d 796 (2015).